GOLDSMITH & HULL/File #590448
A Professional Corporation
William I. Goldsmith  (SBN 82183)
Stephen R. Goldsmith ( SBN 291555)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 5:18-cv-01963-WDK-SHK |
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| CHERYL L. LOCKETT aka CHERYL L. DUBOSE aka CHERYL L. DEBOSE, | |
| Defendant. | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) CHERYL L. LOCKETT aka CHERYL L. DUBOSE aka CHERYL L. DEBOSE, on **NOVEMBER 1,2018** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) CHERYL L. LOCKETT aka CHERYL L. DUBOSE aka CHERYL L. DEBOSE, the sum of $2,623.86 principal, $6,626.00 accrued pre-judgment interest from OCTOBER 20,1998 to November 5, 2018, interest was calculated at the rate of 8%, accruing at $0.58 per day to date of entry of judgment; $0.00  penalties/

//
//

1  //
2  administrative charges, $495.50 court cost, plus $ 462.39 attorneys fees, less credits of
3  $0.00, for a total of $10,207.75.  Judgment to accrue interest at the legal rate until paid.

DATE: 11/6/2018                          KIRY K. GRAY, CLERK OF THE COURT
                                         U.S. District Court Central District of California


                                         BY: *Sharon Hall Brown*
                                             DEPUTY CLERK

:P549F